UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Civ. No. 08-00023 (RJL) |
| ) | |
| v. ) | |
| ) | |
| **$8,915.00 IN UNITED STATES CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 8th day of April, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant property, described as:

> **$8,915.00 in United States currency seized in the District of Columbia on March 8, 2006 from Larry Clemons and a residence in the 800 block of Jefferson Street, N.W., Washington, D.C.**

was personally served with process on January 7, 2008.[1]

I further certify that notice of this action has been provided to all known or unknown interested parties by means of certified mail[2] or by publication.[3]

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant currency on January 7, 2008. See Document No. 2, EFC system.

[2] Copies of the Complaint and the Warrant of Arrest *In Rem* were sent to all known interested parties, via the United States Postal Service, certified mail, specifically on January 7, 2008 to Judith Maria McCall, at a specific address on Buchanan Street, N.E., Washington, D.C. 20011 (which was signed for as received by Judith McCall); on January 7, 2008 to Larry Calvin Clemons at a specific address on 14th Street N.W., Washington, D.C. 20011 (which was signed for as received by Michael Hinkle) on February 12, 2008 to Larry Calvin Clemons at a specific address on Jefferson Street, N.W., Washington, D.C. 20011 (unclaimed); to Larry Calvin Clemons at a specific address on Fern Street N.W., Washington, D.C. 20011 (unclaimed,


I further certify under penalty of perjury that no appearances have been entered on behalf of the said *in rem* defendant currency in this case; no pleading on behalf of the defendant currency has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the defendant currency is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant currency.

/s/  
DIANE G. LUCAS, D.C. Bar # 443610  
Assistant United States Attorney  
U.S. Attorney's Office  
Criminal Division  
555 Fourth St., N.W., Rm. 4822  
Washington, D.C.  20530  
202-514-7912  
Diane.Lucas@usdoj.gov

---

although notice of the certified package was left at a specific address on Fern Street, N.W., Washington, D.C. 20012).

[3] A notice of seizure was published on January 10, 2008, in THE WASHINGTON TIMES.  It was also published in the WALL STREET JOURNAL on May 12, 2006, May 19, 2006 and May 26, 2006.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default against *in Rem* Defendant $8,915.00 in U.S. Currency was sent by U.S. Postal Service, certified mail, to to Judith Maria McCall, at a specific address on Buchanan Street, N.E., Washington, D.C. 20011 and to Larry Calvin Clemons at a specific address 14th Street N.W., Washington, D.C. 20011, at a specific address on Jefferson Street, N.W., Washington, D.C. 20011, and at a specific address on Fern Street N.W., Washington, D.C. 20012, on this 8th day of April, 2008.

      /s/
DIANE G. LUCAS
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912
Diane.Lucas@usdoj.gov