Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____

        Plaintiff(s)

    v.                                    Civil Action No.  08-cv-00023-RJL

$8,915.00 IN UNITED STATES CURRENCY

_____

        Defendant(s)

        $8,915.00 IN UNITED STATES CURRENCY

RE:

### DEFAULT

    It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served with Warrant and copy of the complaint     on     January 07, 2008     , and an

affidavit on behalf of the plaintiff having been filed, it is this _14th_ day of ____April____, _2008_ declared

that  defendant(s) is/are in default.

                            NANCY MAYER-WHITTINGTON, Clerk

                        By: _Jackie Francis_____
                                    Deputy Clerk