UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | Civ. No. 08-00023 (RJL) |
| ) | |
| v.    ) | |
| ) | |
| $8,915.00 IN UNITED STATES CURRENCY,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND JUDGMENT OF FORFEITURE**

Plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry of Default Judgment and for a Judgment of Forfeiture as to the above-captioned defendant property identified in the Verified Complaint for Forfeiture *In Rem*. Plaintiff moves on the ground that no timely paper, pleading, or other claim has been filed on behalf of the defendant property, and the Clerk of this Court entered the Default on April 14, 2008. Plaintiff makes this motion pursuant to 18 U.S.C. § 983(a)(4)(A), Fed. R. Civ. P. 55, and Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


\_\_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney


\_\_/s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
U.S. Attorney's Office
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912
Diane.Lucas@usdoj.gov


**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture was deposited in the U.S. Mail, via first-class mail, postage paid, addressed to Mr. Larry Calvin Clemons at a specific address on 14th Street, N.W., Washington, D.C. 20011, at a specific address on Fern Street, N.W., Washington, D.C. 20012, and at a specific address on Jefferson Street, N.W., Washington, D.C. 20011; and to Ms. Judith Maria McCall at a specific address on Buchanan Street, N.E., Washington, D.C. 20011, on the 23rd day of April, 2008.


\_\_/s/_____
DIANE G. LUCAS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**$8,915.00 IN UNITED STATES CURRENCY,** )<br>)<br>**Defendant.** )<br>_____ ) | Civ. No. 08-00023 (RJL) |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On January 4, 2008, plaintiff filed a Verified Complaint for Forfeiture *In Rem* against defendant, $8,915.00 in United States currency. Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant property on January 7, 2008. See Document No. 2.[1] Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were sent through the United States Postal Service ("USPS") to all known interested parties as follows: on January 7, 2008, via certified mail to Larry Calvin Clemons at a specific address on 14th Street, N.W., Washington, D.C. 20011;[2] on February 12, 2008, via certified mail to Larry Calvin Clemons at a specific address on Fern Street, N.W., Washington, D.C. 20011, and at a specific address on Jefferson Street, N.W., Unit #xxx, Washington, D.C. 20011;[3] and on January

---

[1] "Document No." refers to the docket number assigned to the electronically-filed documents in the instant matter.

[2] The specific street address is not given due to privacy concerns. That envelope was accepted and signed for by a person at the 14th Street address on January 9, 2008. See Exhibit 1.

[3] These two certified envelopes were returned "unclaimed" by the USPS, and indicated that delivery had been attempted on February 14, 2008. See Exhibit 2a and 2b.

7, 2008, via certified mail to Ms. Judith Maria McCall at a specific address on Buchanan Street, N.W., Washington, D.C.[4]  Further, a notice of seizure was published in THE WASHINGTON TIMES on January 10, 2008, in full compliance with applicable Local Rules and the applicable rules of procedure, including Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  See Exhibit 4.  In addition, the seizing agency published a notice of seizure in THE WALL STREET JOURNAL for three consecutive weeks, on May 12, 2006, May 19, 2006, and May 26, 2006.  See Exhibit 5.

No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on April 14, 2008.  See Document No. 4.  No other party has filed a claim or pleading to challenge the forfeiture of the defendant property, and the time for filing a claim has expired.  See 18 U.S.C. § 983(a)(4)(A); Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The entry of Default and a Judgment by Default against the defendant currency is amply supported by the circumstances of this case.  Indeed, the Clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law.  Fed. R. Civ. P. Rule 55(a).  Moreover, the Civil Asset Forfeiture Reform Act of 2000, codified at 18 U.S.C. § 983(a)(4)(A), mandates the filing of a claim within 30 days of the service of the government's complaint.

Further, whenever a judgment is sought for other than a sum certain (i.e. Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such judgment

---

[4] Ms. McCall received notice on January 9, 2008, which established a claim-filing deadline of February 13, 2008.  See Exhibit 3.

may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent. Fed. R. Civ. P. Rule 55(b); see DirecTV, Inc. v. Arnold, 392 F. Supp.2d 415 (N.D.N.Y. 2005). See also Canady, MD v. Erbe Elektromedizin GMBG, 307 F. Supp.2d 2 (D.D.C. 2004); United States v. Gant, 268 F. Supp.2d 29 (D.D.C. 2003).

Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, and the Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted. A proposed Order of Forfeiture is attached.

                        Respectfully submitted,

                        __/s/_____
                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                        __/s/_____
                        WILLIAM R. COWDEN, D.C. Bar #426301
                        Assistant United States Attorney

                        __/s/_____
                        DIANE G. LUCAS, D.C. Bar #443610
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        555 Fourth St., N.W., Rm. 4822
                        Washington, D.C.  20530
                        202-514-7912
                        Diane.Lucas@usdoj.gov


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

**Exhibit 1**
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)

### Search Results

Label/Receipt Number: **7000 0600 0021 5996 2010**
Status: **Delivered**

Your item was delivered at 2:13 PM on January 9, 2008 in WASHINGTON, DC 20011.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
   Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

Mr. Larry Calvin Clemons
▇▇ 14th Street, NW
Washington, DC 20011

4a. Article Number
7000 0600 0021 5996 2010
4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☑ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
1-9-08

5. Received By: (Print Name)
Michael Hinkle

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
Michael Hinkle

PS Form **3811**, December 1994       102595-99-B-0223       Domestic Return Receipt

---

**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0021 5996 2010

Article: 1/7/08 Mailed Notice letter of Forfeiture & copy of Complaint re: USA v. $8,915.00 in U.S. Currency, Cv. No. 08-00023 (RJL)

Mr. Larry Calvin Clemons
▇▇ 14th Street, NW
Washington, DC 20011

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total F

Postmark Here
JAN 7 2008



---



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7000 0600 0021 5996 0818**
Status: **Notice Left**

We attempted to deliver your item at 2:42 PM on February 14, 2008 in WASHINGTON, DC 20012 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number.

[          ]

( Go > )

Additional Details >    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| Article Sent To: | | |
|---|---|---|
| Postage | $ | |
| Certified Fee |  | Postmark Here |
| Return Receipt Fee (Endorsement Required) |  | |
| Restricted Delivery Fee (Endorsement Required) | | |
| To | Mr. Larry Calvin Clemons ▮▮▮Fern Street, NW Washington, DC 20011 | |
| Name | | |
| Street | 2/12/08 Mailed Notice letter of Forfeiture & copy of Complaint re: USA v. $8,915.00 in U.S. Currency, Cv. No. 08-00023 (RJL) | |
| City, | | |

Postmark: FEB 12 2008

PS Form 3800, July 1999    See Reverse for Instructions

7000 0600 0021 5996 0818

**Exhibit 2a**
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)



Exhibit 2a
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7000 0600 0021 5996 0801**
Status: **Notice Left**

We attempted to deliver your item at 5:39 PM on February 14, 2008 in WASHINGTON, DC 20011 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

*Additional Details >*   *Return to USPS.com Home >*

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

**Track & Confirm**
Enter Label/Receipt Number.
[                    ]
*Go >*

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

Postage  $
Certified Fee  ✓    FEB 12 2008
Return Receipt Fee (Endorsement Required)  ✓    Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total

Mr. Larry Calvin Clemons
▆▆ Jefferson Street, NW, #▆▆
Washington, DC 20011

2/12/08 Mailed Notice letter of Forfeiture & copy of Complaint re: USA v. $8,915.00 in U.S. Currency, Cv. No. 08-00023 (RJL)

PS Form 3800, July 1999    See Reverse for Instructions

7000 0600 0021 5996 0801

**Exhibit 2b**
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)



Exhibit 2b
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm         FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 0832**
Status: **Delivered**

Your item was delivered at 12:13 PM on January 9, 2008 in WASHINGTON, DC 20011.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**Exhibit 3**
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do               1/29/2008

AFFIDAVIT OF PUBLICATION

AD# 10178609

District of Columbia, ss,
Personally appeared before me, FAITH H. ALLBRITTON,
a Notary Public in and for the District of Columbia,

CARL S. JOHNSON, who is being duly sworn according to law, an oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

# The Washington Times

Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy was published in said newspaper  1  time(s) on the following dates:

2008 JANUARY 10

at the rate of  $ 2.91  Per line

Total Cost  $ 168.78  Dollars

*[signature: Carl S. Johnson]*

Subscribed and sworn to before me

JANUARY 10, 2008

Notary Public *[signature: Faith H. Allbritton]*

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

> NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States of America v. $8,915.00 in United States Currency, the U.S. Marshals Service arrested on January 7, 2008, $8,915.00 in U.S. Currency, property described above under Civil Action # 08-00023-RJL and filed on January 4, 2008, with the Clerk of the Court for the District of Columbia for violations of 21 U.S.C. § 881 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Diane Lucas, Assistant United States Attorney, 555 4th St., NW, Washington, DC 20530. Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.
> Ad#10178609

Exhibit 4
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)

APR-17-2008 14:55    FBI FSPU    202 436 8109    P.02

## WALL STREET JOURNAL AD CHECKLIST

**HERE IS YOUR AD FOR:**    **3920-06-F-0111**

DISTRICT OF COLUMBIA

3920-06-F-0111;$3,500;CSA;03/08/2006;
Larry Calvin Clemons;
16th St. & Allison St. NW, Washington, DC;
$3,500.00 U.S. Currency.

| | |
|---|---|
| FIRST PUBLICATION DATE: | 5/12/2006 |
| SECOND PUBLICATION DATE: | 5/19/2006 |
| THIRD PUBLICATION DATE: | 5/26/2006 |
| DEADLINE TO FILE CLAIM: | 6/26/2006 |

Exhibit 5
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)

*NOTE:    ADS ARE DOUBLE-ADVERTISED IN THE FOLLOWING JURISDICTIONS:

| | |
|---|---|
| NORTHERN DISTRICT OF OKLAHOMA | EASTERN DISTRICT OF OKLAHOMA |
| NORTHERN MAIRANA ISLANDS | U.S. VIRGIN ISLANDS |
| GUAM | |

**Prepared by Yolanda Moore**

## WALL STREET JOURNAL AD CHECKLIST

**HERE IS YOUR AD FOR:**     **3920-06-F-0112**

DISTRICT OF COLUMBIA

3920-06-F-0112;$5,415;CSA;03/08/2006;
Larry Calvin Clemons;
███ Jefferson St. NW ███, Washington, DC;
$5,415.00 U.S. Currency.

| | |
|---|---|
| FIRST PUBLICATION DATE: | 5/12/2006 |
| SECOND PUBLICATION DATE: | 5/19/2006 |
| THIRD PUBLICATION DATE: | 5/26/2006 |
| DEADLINE TO FILE CLAIM: | 6/26/2006 |

Exhibit 5
United States v. $8,915.00
in U.S. Currency,
Cv. Action No. 08-00023 (RJL)

*NOTE:   ADS ARE DOUBLE-ADVERTISED IN THE FOLLOWING JURISDICTIONS:

NORTHERN DISTRICT OF OKLAHOMA            EASTERN DISTRICT OF OKLAHOMA
NORTHERN MAIRANA ISLANDS                 U.S. VIRGIN ISLANDS
GUAM

**Prepared by Yolanda Moore**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 08-00023 (RJL) |
| ) | |
| v. ) | |
| ) | |
| $8,915.00 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JUDGMENT OF FORFEITURE**

On January 4, 2008, plaintiff, United States of America, filed a Verified Complaint for Forfeiture *In Rem* against the defendant property, $8,915.00 in United States currency. The Complaint alleged that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and that as such, the defendant currency was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant property and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant property on January 7, 2008;

That on April 14, 2008, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant property within the time permitted by 18 U.S.C. § 983(a)(4)(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as: Eight thousand nine hundred fifteen dollars ($8,915.00) in United States currency be entered and that no right, title, or interest in the defendant currency shall exist in any other party, and that the said defendant currency be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this _____ day of _____, 2008.

_____
RICHARD J. LEON
United States District Judge

cc:   Diane G. Lucas
      Assistant United States Attorney
      United States Attorney's Office
      Criminal Division
      555 Fourth St., N.W., Rm. 4822
      Washington, D.C.  20530