UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                                )| |
| Plaintiff,                                     )| Civ. No. 08-00023 (RJL) |
|                                                                )| |
| v.                                                         )| |
|                                                                )| |
| $8,915.00 IN UNITED STATES CURRENCY,  )| |
|                                                                )| |
| Defendant.                                )| |
|                                                                )| |

### JUDGMENT OF FORFEITURE

On January 4, 2008, plaintiff, United States of America, filed a Verified Complaint for Forfeiture *In Rem* against the defendant property, $8,915.00 in United States currency. The Complaint alleged that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and that as such, the defendant currency was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant property and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant property on January 7, 2008;

That on April 14, 2008, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant property within the time permitted by 18 U.S.C. § 983(a)(4)(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as: Eight thousand nine hundred fifteen dollars ($8,915.00) in United States currency be entered and that no right, title, or interest in the defendant currency shall exist in any other party, and that the said defendant currency be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this 8th day of May, 2008.

_____
RICHARD J. LEON
United States District Judge

cc: Diane G. Lucas
Assistant United States Attorney
United States Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C. 20530